FILED
8/19/19 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-10784-TPA |
| Merlin L. Leadbetter, III and | : | |
| Deanna L. Leadbetter, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Document No. 9 |
| Merlin L. Leadbetter, III and | : | |
| Deanna L. Leadbetter, | : | |
| Movants | : | |
| vs. | : | |
| No Respondents | : | |

## ORDER

**AND NOW,** to wit this  19th  day of August, 2019, the Court having considered the within Motion, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that:

1. Debtors shall be and hereby are afforded an extension of time until the end of the 26th day of August, 2019, within which to file their schedules, statements and related information. No further extensions will be granted.

BY THE COURT:

_____
Thomas P. Agresti,    jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 19-10784-TPA
Merlin L. Leadbetter, III                                                                       Chapter 13
Deanna L. Leadbetter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: culy              Page 1 of 1              Date Rcvd: Aug 19, 2019
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db/jdb         +Merlin L. Leadbetter, III,    Deanna L. Leadbetter,   692 Burgoon Road,
                Summerville, PA 15864-2814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
          James    Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Joint Debtor Deanna L. Leadbetter thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Merlin L. Leadbetter, III thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5