8/1/19 at 14:08:59.90

# Clarion Builders Supply, INC
## Payroll Register
### For the Period From Feb 1, 2019 to Aug 1, 2019

Page: 3

Filter Criteria includes: 1) Employee IDs: 02. Report order is by Employee ID. Report is printed in Detail Format.

| Employee ID | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Employee | | | | Gross | Fed_Income | Soc_Sec | MEDICARE | |
| Masked SS No | | | | St_Income | Loc_Income | St_Unemp | SIMPLE | |
| Reference | | | | LST | Garnishment | Advance | Soc_Sec_C | |
| Date | Pay Type | Pay Hr | Pay Amt | Amount | Medicare_C | Fed_Unemp | St_Unemp | |

Merlin L. Leadbetter

| Date | Pay Type | Pay Hr | Pay Amt | Amount | Gross/... | Fed_Income/... | Soc_Sec/... | MEDICARE/... |
|---|---|---|---|---|---|---|---|---|
| 7/15/19 | Regular | 99.00 | 1,188.00 | 878.31 | 1,323.00 | -131.68 | -82.03 | -19.18 |
|  | Overtime | 7.50 | 135.00 |  | -40.62 | -13.23 | -0.79 |  |
|  |  |  |  |  | -2.16 | -155.00 |  |  |
|  |  |  |  |  | -19.18 |  |  |  |
| 7/31/19 |  |  |  |  | -2.16 |  |  | -85.03 |
|  |  |  |  |  | -19.89 |  | -160.53 |  |
| Total 7/1/19 thru 8/1/19 | Regular | 196.50 | 2,309.25 | 1,787.97 | 2,694.38 | -269.16 | -167.06 | -39.07 |
|  | Overtime | 22.00 | 385.13 |  | -82.72 | -26.94 | -1.61 |  |
|  |  |  |  |  | -4.32 | -155.00 |  |  |
|  |  |  |  |  | -39.07 |  |  |  |
| Report Date Total for Merlin L. Leadbetter | Regular | 1,060.0 | 12,239.50 | 10,467.30 | 15,764.15 | -1,566.71 | -977.40 | -228.58 |
|  | Overtime | 204.00 | 3,524.65 |  | -483.96 | -157.65 | -9.45 |  |
|  |  |  |  |  | -25.92 | -1,847.18 |  |  |
|  |  |  |  |  | -228.58 | -315.53 |  |  |
| YTD Total for Merlin L. Leadbetter | Regular | 1,258.0 | 14,516.50 | 12,203.05 | 18,550.03 | -1,846.85 | -1,150.12 | -268.98 |
|  | Overtime | 233.50 | 4,033.53 |  | -569.49 | -185.51 | -11.12 |  |
|  |  |  |  |  | -30.24 | -2,284.87 |  |  |
|  |  |  |  |  | -268.98 | 41.99 | -239.03 | -1,150.12 |
| Summary Total 2/1/19 thru 3/31/19 | Regular | 330.00 | 3,795.00 | 3,353.65 | 5,045.63 | -497.15 | -312.84 | -73.16 |
|  | Overtime | 72.50 | 1,250.63 |  | -154.89 | -50.46 | -3.02 | -312.84 |
|  |  |  |  |  | -8.64 | -591.82 |  |  |
|  |  |  |  |  | -73.16 | -25.28 | -120.61 |  |
| Summary Total 4/1/19 thru 6/30/19 | Regular | 533.50 | 6,135.25 | 5,325.68 | 8,024.14 | -800.40 | -497.50 | -116.35 |
|  | Overtime | 109.50 | 1,888.89 |  | -246.35 | -80.25 | -4.82 | -497.50 |
|  |  |  |  |  | -12.96 | -939.83 |  |  |
|  |  |  |  |  | -116.35 |  | -51.83 |  |

8/1/19 at 14:08:59.83

Page: 2

## Clarion Builders Supply, INC
### Payroll Register
### For the Period From Feb 1, 2019 to Aug 1, 2019

Filter Criteria includes: 1) Employee IDs: 02. Report order is by Employee ID. Report is printed in Detail Format.

| Employee ID Employee Masked SS No Reference Date | Pay Type | Pay Hr | Pay Amt | Amount Gross St_Income LST Medicare_C | Fed_Income Loc_Income Garnishment Fed_Unemp | Soc_Sec St_Unemp Advance St_Unemp | MEDICARE SIMPLE Soc_Sec_C |
|---|---|---|---|---|---|---|---|
| 4/15/19 | | | | | | | |
| Merlin L. Leadbetter | Regular | 89.50 | 1,029.25 | 861.23 1,296.63 -39.81 -2.16 -18.80 | -128.51 -12.97 -151.98 | -80.39 -0.78 | -18.80 |
| | Overtime | 15.50 | 267.38 | | | | |
| 4/30/19 | | | | | | | |
| Merlin L. Leadbetter | Regular | 89.50 | 1,029.25 | 956.22 1,443.25 -44.31 -2.16 -20.93 | -146.11 -14.43 -168.74 | -89.48 -0.87 | -20.93 -89.48 |
| | Overtime | 24.00 | 414.00 | | | | |
| 5/15/19 | | | | | | | |
| Merlin L. Leadbetter | Regular | 92.50 | 1,063.75 | 883.58 1,331.13 -40.87 -2.16 -19.30 | -132.65 -13.31 -155.93 | -82.53 -0.80 | -19.30 -82.53 |
| | Overtime | 15.50 | 267.38 | | | | |
| 5/31/19 | | | | | | | |
| Merlin L. Leadbetter | Regular | 84.50 | 971.75 | 918.97 1,385.75 -42.54 -2.16 -20.09 | -139.21 -13.86 -162.17 | -85.92 -0.83 | -20.09 -85.92 |
| | Overtime | 24.00 | 414.00 | | | | |
| 6/15/19 | | | | | | | |
| Merlin L. Leadbetter | Regular | 80.00 | 920.00 | 812.80 1,221.88 -37.51 -2.16 -17.72 | -119.54 -12.22 -143.44 | -75.76 -0.73 | -17.72 -75.76 |
| | Overtime | 17.50 | 301.88 | | | | |
| 6/30/19 | | | | | | | |
| Total 4/1/19 thru 6/30/1 | Regular | 533.50 | 6,135.25 | 5,325.68 8,024.14 -246.35 -12.96 -116.35 | -800.40 -80.25 -939.83 | -497.50 -4.82 | -116.35 -497.50 |
| | Overtime | 109.50 | 1,888.89 | | | | |
| Merlin L. Leadbetter | Regular | 97.50 | 1,121.25 | 909.66 1,371.38 -42.10 -137.48 | -85.03 | -19.89 | |
| | Overtime | 14.50 | 250.13 | | -13.71 -0.82 | -51.83 | |

| | | | | | |
|---|---|---|---|---|---|
| **Check Number:** | ▇▇▇▇ | | | **Fed Marital Status** | M |
| **Employer:** | Chicora Medical Center LP | | | **State Marital Status** | A |
| **Employee:** | Deanna L. Leadbetter | | | **Federal Exemptions** | 0 |
| | 692 Burgoon Road | | | **State Exemptions** | 0 |
| | Summerville, PA 15864 | | | | |
| **Employee ID:** | ▇▇▇▇ | | | | |
| **Employee Dept.:** | ▇▇ | | | | |
| **Pay Date:** | August 02, 2019 | | | | |
| **Pay Period:** | 07/14/2019 - 07/27/2019 | | | | |

### Earnings

| | Rate | Hours | Period | Year to Date |
|---|---|---|---|---|
| REGULAR | 45.67 | 32.00 | 1461.54 | 54213.96 |
| BONUS | | | | 900.00 |
| ETO | 45.67 | 48.00 | 2192.31 | 4247.58 |
| INS BNFT MTCH | | | 319.92 | 4478.88 |
| **Gross Earnings** | | | **3973.77** | **63840.42** |

### Withholdings & Deductions

| | Period | Year to Date |
|---|---|---|
| FEDERAL W/H | 333.23 | 5734.55 |
| FICA | 220.34 | 3593.64 |
| MEDICARE | 51.53 | 840.43 |
| PA STATE W/H | 109.10 | 1779.37 |
| PA EMPLE SUI | 2.38 | 38.24 |
| L91 OTHER LOC | 35.54 | 579.64 |
| INS BNFT MTCH | 319.92 | 4478.88 |
| OCC PRIV | 2.00 | 32.00 |
| B.Y.O.D. | -23.08 | -392.36 |
| FLEX HEALTHCA | 100.00 | 1400.00 |
| 401K-NH | 198.69 | 1833.21 |
| **Total Withholdings & Deductions** | **597.53** | **7351.73** |
| **Total Taxes** | **752.12** | **12565.87** |
| **Net Earnings** | **2624.12** | **43922.82** |

### Deposits Distributions

| | Account Number | Amount |
|---|---|---|
| | ▇▇▇▇ | 2624.12 |

### Vacation / Sick Days

| | Period | Balance |
|---|---|---|
| ETO | 48.00 | 46.60 |

DISCLAIMER
Global Cash Card, when requested, from time to time, and in its sole discretion, posts electronic copies of Cardholder and non-Cardholder user paystubs and/or W-2's and/or W-2c's and/or 1099's and/or 1095c's. These copies are for informational purposes only, may not be relied upon by anyone to comply with any payroll or wage laws or regulations, have not been verified and may not be relied upon by anyone for any reason or purpose.

**Check Number:** ▮▮▮▮▮
**Employer:** Chicora Medical Center LP
**Employee:** Deanna L. Leadbetter
692 Burgoon Road
Summerville, PA 15864
**Employee ID:** ▮▮▮▮▮
**Employee Dept.:** ▮▮▮
**Pay Date:** July 19, 2019
**Pay Period:** 06/30/2019 - 07/13/2019

**Fed Marital Status** M
**State Marital Status** A
**Federal Exemptions** 0
**State Exemptions** 0

### Earnings

| | Rate | Hours | Period | Year to Date |
|---|---|---|---|---|
| REGULAR | 45.67 | 72.00 | 3288.46 | 52752.42 |
| BONUS | | | 200.00 | 900.00 |
| ETO | 45.67 | 8.00 | 365.38 | 2055.27 |
| INS BNFT MTCH | | | 319.92 | 4158.96 |
| **Gross Earnings** | | | **4173.76** | **59866.65** |

### Withholdings & Deductions

| | Period | Year to Date |
|---|---|---|
| FEDERAL W/H | 361.51 | 5401.32 |
| FICA | 232.74 | 3373.30 |
| MEDICARE | 54.43 | 788.90 |
| PA STATE W/H | 115.24 | 1670.27 |
| PA EMPLE SUI | 2.50 | 35.86 |
| L91 OTHER LOC | 37.54 | 544.10 |
| INS BNFT MTCH | 319.92 | 4158.96 |
| OCC PRIV | 2.00 | 30.00 |
| B.Y.O.D. | -23.08 | -369.28 |
| FLEX HEALTHCA | 100.00 | 1300.00 |
| 401K-NH | 208.69 | 1634.52 |
| **Total Withholdings & Deductions** | **607.53** | **6754.20** |
| **Total Taxes** | **803.96** | **11813.75** |
| **Net Earnings** | **2762.27** | **41298.70** |

### Deposits Distributions

| | Account Number | Amount |
|---|---|---|
| ▮▮▮▮▮ | | 2762.27 |

### Vacation / Sick Days

| | Period | Balance |
|---|---|---|
| ETO | 8.00 | 86.30 |

DISCLAIMER
Global Cash Card, when requested, from time to time, and in its sole discretion, posts electronic copies of Cardholder and non-Cardholder user paystubs and/or W-2's and/or W-2c's and/or 1099's and/or 1095c's. These copies are for informational purposes only, may not be relied upon by anyone to comply with any payroll or wage laws or regulations, have not been verified and may not be relied upon by anyone for any reason or purpose.

| | | | Fed Marital Status | M |
|---|---|---|---|---|
| **Check Number:** | ▇▇▇▇ | | State Marital Status | A |
| **Employer:** | Chicora Medical Center LP | | Federal Exemptions | 0 |
| **Employee:** | Deanna L. Leadbetter | | State Exemptions | 0 |
| | 692 Burgoon Road | | | |
| | Summerville, PA 15864 | | | |
| **Employee ID:** | ▇▇▇▇ | | | |
| **Employee Dept.:** | ▇▇▇ | | | |
| **Pay Date:** | July 05, 2019 | | | |
| **Pay Period:** | 06/16/2019 - 06/29/2019 | | | |

### Earnings

| | Rate | Hours | Period | Year to Date |
|---|---|---|---|---|
| REGULAR | 45.67 | 80.00 | 3653.85 | 49463.96 |
| BONUS | | | | 700.00 |
| ETO | | | | 1689.89 |
| INS BNFT MTCH | | | 319.92 | 3839.04 |
| **Gross Earnings** | | | **3973.77** | **55692.89** |

### Withholdings & Deductions

| | Period | Year to Date |
|---|---|---|
| FEDERAL W/H | 333.23 | 5039.81 |
| FICA | 220.34 | 3140.56 |
| MEDICARE | 51.53 | 734.47 |
| PA STATE W/H | 109.10 | 1555.03 |
| PA EMPLE SUI | 2.38 | 33.36 |
| L91 OTHER LOC | 35.54 | 506.56 |
| INS BNFT MTCH | 319.92 | 3839.04 |
| OCC PRIV | 2.00 | 28.00 |
| B.Y.O.D. | -23.08 | -346.20 |
| FLEX HEALTHCA | 100.00 | 1200.00 |
| 401K-NH | 198.69 | 1425.83 |
| **Total Withholdings & Deductions** | **597.53** | **6146.67** |
| **Total Taxes** | **752.12** | **11009.79** |
| **Net Earnings** | **2624.12** | **38536.43** |

### Deposits Distributions

| | Account Number | Amount |
|---|---|---|
| ▇▇▇▇ | | 2624.12 |

### Vacation / Sick Days

| | Period | Balance |
|---|---|---|
| ETO | .00 | 85.99 |

### DISCLAIMER

Global Cash Card, when requested, from time to time, and in its sole discretion, posts electronic copies of Cardholder and non-Cardholder user paystubs and/or W-2's and/or W-2c's and/or 1099's and/or 1095c's. These copies are for informational purposes only, may not be relied upon by anyone to comply with any payroll or wage laws or regulations, have not been verified and may not be relied upon by anyone for any reason or purpose.

| | | | | | |
|---|---|---|---|---|---|
| **Check Number:** | ▓▓▓▓▓ | | | **Fed Marital Status** | M |
| **Employer:** | Chicora Medical Center LP | | | **State Marital Status** | A |
| **Employee:** | Deanna L. Leadbetter | | | **Federal Exemptions** | 0 |
| | 692 Burgoon Road | | | **State Exemptions** | 0 |
| | Summerville, PA 15864 | | | | |
| **Employee ID:** | ▓▓▓▓▓ | | | | |
| **Employee Dept.:** | ▓▓▓ | | | | |
| **Pay Date:** | June 21, 2019 | | | | |
| **Pay Period:** | 06/02/2019 - 06/15/2019 | | | | |

**Earnings**

| | Rate | Hours | Period | Year to Date |
|---|---|---|---|---|
| REGULAR | 45.67 | 72.00 | 3288.46 | 45810.11 |
| BONUS | | | | 700.00 |
| ETO | 45.67 | 8.00 | 365.38 | 1689.89 |
| INS BNFT MTCH | | | 319.92 | 3519.12 |
| **Gross Earnings** | | | **3973.76** | **51719.12** |

**Withholdings & Deductions**

| | Period | Year to Date |
|---|---|---|
| FEDERAL W/H | 333.23 | 4706.58 |
| FICA | 220.34 | 2920.22 |
| MEDICARE | 51.53 | 682.94 |
| PA STATE W/H | 109.10 | 1445.93 |
| PA EMPLE SUI | 2.38 | 30.98 |
| L91 OTHER LOC | 35.54 | 471.02 |
| INS BNFT MTCH | 319.92 | 3519.12 |
| OCC PRIV | 2.00 | 26.00 |
| B.Y.O.D. | -23.08 | -323.12 |
| FLEX HEALTHCA | 100.00 | 1100.00 |
| 401K-NH | 198.69 | 1227.14 |
| **Total Withholdings & Deductions** | **597.53** | **5549.14** |
| **Total Taxes** | **752.12** | **10257.67** |
| **Net Earnings** | **2624.11** | **35912.31** |

**Deposits Distributions**

| | Account Number | Amount |
|---|---|---|
| ▓▓▓▓▓ | | 2624.11 |

**Vacation / Sick Days**

| | Period | Balance |
|---|---|---|
| ETO | 8.00 | 77.68 |

DISCLAIMER
Global Cash Card, when requested, from time to time, and in its sole discretion, posts electronic copies of Cardholder and non-Cardholder user paystubs and/or W-2's and/or W-2c's and/or 1099's and/or 1095c's. These copies are for informational purposes only, may not be relied upon by anyone to comply with any payroll or wage laws or regulations, have not been verified and may not be relied upon by anyone for any reason or purpose.

| | | |
|---|---|---|
| **Check Number:** | ▇▇▇▇▇ | |
| **Employer:** | Chicora Medical Center LP | |
| **Employee:** | Deanna L. Leadbetter | |
| | 692 Burgoon Road | |
| | Summerville, PA 15864 | |
| **Employee ID:** | ▇▇▇▇▇ | |
| **Employee Dept.:** | ▇▇ | |
| **Pay Date:** | June 07, 2019 | |
| **Pay Period:** | 05/19/2019 - 06/01/2019 | |

| | | | | |
|---|---|---|---|---|
| **Fed Marital Status** | | | | M |
| **State Marital Status** | | | | A |
| **Federal Exemptions** | | | | 0 |
| **State Exemptions** | | | | 0 |

### Earnings

| | Rate | Hours | Period | Year to Date |
|---|---|---|---|---|
| REGULAR | 45.67 | 75.00 | 3425.48 | 42521.65 |
| BONUS | | | | 700.00 |
| ETO | 45.67 | 5.00 | 228.37 | 1324.51 |
| INS BNFT MTCH | | | 319.92 | 3199.20 |
| **Gross Earnings** | | | **3973.77** | **47745.36** |

### Withholdings & Deductions

| | Period | Year to Date |
|---|---|---|
| FEDERAL W/H | 333.23 | 4373.35 |
| FICA | 220.34 | 2699.88 |
| MEDICARE | 51.53 | 631.41 |
| PA STATE W/H | 109.10 | 1336.83 |
| PA EMPLE SUI | 2.38 | 28.60 |
| L91 OTHER LOC | 35.54 | 435.48 |
| INS BNFT MTCH | 319.92 | 3199.20 |
| OCC PRIV | 2.00 | 24.00 |
| B.Y.O.D. | -23.08 | -300.04 |
| FLEX HEALTHCA | 100.00 | 1000.00 |
| 401K-NH | 198.69 | 1028.45 |
| **Total Withholdings & Deductions** | **597.53** | **4951.61** |
| **Total Taxes** | **752.12** | **9505.55** |
| **Net Earnings** | **2624.12** | **33288.20** |

### Deposits Distributions

| | Account Number | Amount |
|---|---|---|
| ▇▇▇▇ | | 2624.12 |

### Vacation / Sick Days

| | Period | Balance |
|---|---|---|
| ETO | 5.00 | **77.37** |

DISCLAIMER
Global Cash Card, when requested, from time to time, and in its sole discretion, posts electronic copies of Cardholder and non-Cardholder user paystubs and/or W-2's and/or W-2c's and/or 1099's and/or 1095c's. These copies are for informational purposes only, may not be relied upon by anyone to comply with any payroll or wage laws or regulations, have not been verified and may not be relied upon by anyone for any reason or purpose.