# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :
                                                  : Case No. 19-10784-TPA
    Merlin L. Leadbetter, III and            :
    Deanna L. Leadbetter,                    : Chapter 13
        Debtors                             :
                                                  :

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 28th day of August, 2019, a true and correct copy of the Order dated August 27, 2019, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

        CHICORA MEDICAL CENTER, LP
        160 MEDICAL CENTER ROAD
        CHICORA, PA 16025

        MERLIN L. LEADBETTER, III
        DEANNA L. LEADBETTER
        692 BURGOON ROAD
        SUMMERVILLE, PA 15864

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>August 28, 2019</u>

        Respectfully submitted,
        /s/ Jessica L. Tighe
        Jessica L. Tighe; Legal Asst.
        The Law Offices of Kenny P. Seitz
        P. O. Box 211
        Ligonier, PA  15658
        (814) 536-7470