Form RSC13

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−10784−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Merlin L. Leadbetter III
692 Burgoon Road
Summerville, PA 15864

Deanna L. Leadbetter
692 Burgoon Road
Summerville, PA 15864

Social Security No.:
xxx−xx−1173

xxx−xx−8850

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Telephone number:  814−536−7470

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
October 29, 2019
02:00 PM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

CONFIRMATION HEARING DATE/TIME/LOC
October 29, 2019
02:00 PM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 9/30/19

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Merlin L. Leadbetter, III
Deanna L. Leadbetter
    Debtors

Case No. 19-10784-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 1      Date Rcvd: Sep 30, 2019
                   Form ID: rsc13    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
```
db/jdb         +Merlin L. Leadbetter, III,   Deanna L. Leadbetter,   692 Burgoon Road,
                 Summerville, PA 15864-2814
15098523       +Ar Resources Inc,   1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
15098524       +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
15098526       +Jpmcb Card,   Po Box 15369,   Wilmington, DE 19850-5369
15098527       +Lending Club Corp,   595 Market Street,   San Francisco, CA 94105-2807
15098528       +Med Data Sys,   755 West Nasa Boulevard,   Melbourne, FL 32901-1815
15098529       +Medical Data Systems I,   755 West Nasa Boulevard,   Melbourne, FL 32901-1815
15098530       +Nationstar/mr Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
15105631       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
15098532       +Pheaa,   Pob 61047,   Harrisburg, PA 17106-1047
15109582       +THE SOS GROUP,   29065 CLEMENS RD STE 200,   WESTLAKE, OH 44145-1179
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 01 2019 04:09:18     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
15098525       +E-mail/Text: hmcgrp@aol.com Oct 01 2019 04:08:51     Hmc Group,   29065 Clements Rd,
                 Westlake, OH 44145-1179
15122531       +E-mail/PDF: cbp@onemainfinancial.com Oct 01 2019 04:12:37      OneMain,   PO Box 3251,
                 Evansville, IN 47731-3251
15098531       +E-mail/PDF: cbp@onemainfinancial.com Oct 01 2019 04:12:09      Onemain,   Po Box 1010,
                 Evansville, IN 47706-1010
15130471        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 01 2019 04:12:59      Verizon,
                 by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
```
              James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz     on behalf of Joint Debtor Deanna L. Leadbetter thedebterasers@aol.com
              Kenneth P. Seitz     on behalf of Debtor Merlin L. Leadbetter, III thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```