## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  :
: Case No. 19-10784-TPA
**Merlin L. Leadbetter, III and** :
**Deanna L. Leadbetter,** : Chapter 13
        **Debtors** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 22nd day of January, 2020, a true and correct copy of the Order dated January 21, 2020, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    CHICORA MEDICAL CENTER, LP
    160 MEDICAL CENTER ROAD
    CHICORA, PA 16025

    MERLIN L. LEADBETTER, III
    DEANNA L. LEADBETTER
    692 BURGOON ROAD
    SUMMERVILLE, PA 15864

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: January 22, 2020

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA 15658
(814) 536-7470