## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :
                                                  : Case No. 19-10784-TPA
**Merlin L. Leadbetter, III and**                 :
**Deanna L. Leadbetter,**                         : Chapter 13
       **Debtors**                                  :
                                                  :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 22nd day of January, 2020, a true and correct copy of the Order dated January 21, 2020, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

        GUARDIAN ELDER CARE
        8796 US-219
        BROKCWAY, PA 15824

        MERLIN L. LEADBETTER, III
        DEANNA L. LEADBETTER
        692 BURGOON ROAD
        SUMMERVILLE, PA 15864

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.


Executed on: <u>January 22, 2020</u>        Respectfully submitted,
                                                                /s/ Jessica L. Tighe
                                                               Jessica L. Tighe; Legal Asst.
                                                                Law Offices of Kenny P. Seitz
                                                                P. O. Box 211
                                                                Ligonier, PA  15658
                                                                (814) 536-7470