**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/21/20 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | : Case No. 19-10784-TPA |
| Merlin L. Leadbetter, III and | : |
| Deanna L. Leadbetter, | : Chapter 13 |
|                    Debtors | : |
| | : Docket No. 31 |
| Deanna L. Leadbetter, | : |
|                    Movant | : Filed Under Local Bankruptcy |
| | : Rule 9013.4 Para. 6(c) |
| vs. | : |
| | : |
| Chicora Medical Center, LP | : |
| 160 Medical Center Road, | : |
| Chicora, PA 16025 | : |
|                  Respondent | : |
| and | : |
| | : |
| Ronda J. Winnecour, Esquire, | : |
| Chapter 13 Trustee, | : |
|                  Additional Respondent | : |
| | : |
| Social Security No. xxx-xx-8850 | : |

## ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor(s), having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place Chicora Medical Center, LP, 160 Medical Center Road, Chicora, PA 16025 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this __21st__ day of _____January_____, 2020.

_____
Thomas P. Agresti          jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-10784-TPA
Merlin L. Leadbetter, III                                               Chapter 13
Deanna L. Leadbetter
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy               Page 1 of 1          Date Rcvd: Jan 21, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2020.
jdb           +Deanna L. Leadbetter,    692 Burgoon Road,    Summerville, PA 15864-2814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Joint Debtor Deanna L. Leadbetter thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Merlin L. Leadbetter, III thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 5