# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : Case No. 19-10784-TPA
**Merlin L. Leadbetter, III and**                   :
**Deanna L. Leadbetter,**                           : Chapter 13
       **Debtors**            :
                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 12th day of May, 2021, a true and correct copy of the Order dated May 11, 2021, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> PENN HIGHLAND JEFFERSON MANOR
> 417 ROUTE 28
> BROOKVILLE, PA 15825
>
> MERLIN L. LEADBETTER, III
> DEANNA L. LEADBETTER
> 692 BURGOON ROAD
> SUMMERVILLE, PA 15864

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>May 12, 2021</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470