# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                : Case No. 19-10784-TPA
**Merlin L. Leadbetter, III and**               :
**Deanna L. Leadbetter,**                       : Chapter 13
        **Debtors**    :
                                                :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 9th day of February, 2022, a true and correct copy of the Order dated February 8, 2022, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    DEDICATED NURSING ASSOCIATES
    6536 WILLIAM PENN HIGHWAY ROUTE 22
    DELMONT, PA 15626

    MERLIN L. LEADBETTER, III
    DEANNA L. LEADBETTER
    692 BURGOON ROAD
    SUMMERVILLE, PA 15864

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>February 9, 2022</u>

    Respectfully submitted,
    /s/ Jessica L. Tighe
    Jessica L. Tighe; Legal Asst.
    Law Offices of Kenny P. Seitz
    P. O. Box 211
    Ligonier, PA  15658
    (814) 536-7470