FILED
2/8/22 2:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Case No. 19-10784-TPA |
| Merlin L. Leadbetter, III and | : |
| Deanna L. Leadbetter, | : Chapter 13 |
|     Debtors | : |
| | : Docket No. 68 |
| Deanna L. Leadbetter, | : |
|     Movant | : Filed Under Local Bankruptcy |
| | : Rule 9013.4 Para. 6(c) |
| vs. | : |
| | : |
| Penn Highland Jefferson Manor | : |
| 417 Route 28 | : |
| Brookville, PA 15825 | : |
|     Respondent | : |
| and | : |
| | : |
| Ronda J. Winnecour, Esquire, | : |
| Chapter 13 Trustee, | : |
|     Additional Respondent | : |
| | : |
| Social Security No. xxx-xx-8850 | : |

## ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor(s), having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place Penn Highland Jefferson Manor, 417 Route 28, Brookville, PA 15825 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this __8th__ day of ____February____, 2022.

_____
Thomas P. Agresti                    jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 19-10784-TPA
Merlin L. Leadbetter, III  Chapter 13
Deanna L. Leadbetter
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 2
Date Rcvd: Feb 08, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Merlin L. Leadbetter, III, Deanna L. Leadbetter, 692 Burgoon Road, Summerville, PA 15864-2814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Deanna L. Leadbetter thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Merlin L. Leadbetter III thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1          User: auto          Page 2 of 2
Date Rcvd: Feb 08, 2022          Form ID: pdf900          Total Noticed: 1
TOTAL: 5