# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          : Case No. 19-10784-TPA
   **Merlin L. Leadbetter, III and**          :
   **Deanna L. Leadbetter,**                   : Chapter 13
         **Debtors**                          :
                                          :

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 13th day of July, 2022, a true and correct copy of the Order dated July 12, 2022, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

       DEDICATED NURSING ASSOCIATES
       6536 WILLIAM PENN HIGHWAY ROUTE 22
       DELMONT, PA 15626

       MERLIN L. LEADBETTER, III
       DEANNA L. LEADBETTER
       692 BURGOON ROAD
       SUMMERVILLE, PA 15864

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>July 13, 2022</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470