**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: :
: Case No. 19-10784-JAD
Merlin L. Leadbetter, III and :
Deanna L. Leadbetter, : Chapter 13
       Debtors :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 22nd day of November, 2022, a true and correct copy of the Order dated November 21, 2022, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    DEDICATED NURSING ASSOCIATES
    6536 WILLIAM PENN HIGHWAY ROUTE 22
    DELMONT, PA 15626

    MERLIN L. LEADBETTER, III
    DEANNA L. LEADBETTER
    692 BURGOON ROAD
    SUMMERVILLE, PA 15864

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>November 22, 2022</u>

    Respectfully submitted,
    /s/ Jessica L. Tighe
    Jessica L. Tighe; Legal Asst.
    Law Offices of Kenny P. Seitz
    P. O. Box 211
    Ligonier, PA  15658
    (814) 536-7470