# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                :
                                                      : Case No. 19-10784-JAD
   **Merlin L. Leadbetter, III and**        :
   **Deanna L. Leadbetter,**                : Chapter 13
        **Debtors**                  :
                                                      :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 22nd day of November, 2022, a true and correct copy of the Order dated November 21, 2022, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

      PENN HIGHLAND JEFFERSON MANOR
      417 ROUTE 28
      BROOKVILLE, PA 15825

      MERLIN L. LEADBETTER, III
      DEANNA L. LEADBETTER
      692 BURGOON ROAD
      SUMMERVILLE, PA 15864

   Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>November 22, 2022</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470