FILED
11/21/22 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Merlin L. Leadbetter and ) | Case No. 19-10784-JAD |
|    Deanna L. Leadbetter, ) | |
|                    Debtors ) | Chapter 13 |
| ) | |
| ) | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☐ a plan modification sought by: _____

- ☐ a motion to lift stay
  as to creditor _____

- ☑ Other:   <u>Plan payment delinquencies</u>

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☐ Chapter 13 Plan dated
- ☑ Amended Chapter 13 Plan dated <u>May 11, 2022</u>

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☑ Debtors' Plan payments shall be changed from $ <u>1,576.00</u> to $<u>1,954.00,</u> effective December 2022; and/or the Plan term shall remain at __60__ months. The Joint-Debtor advises that her wage attachment was not correctly applied. The Joint-Debtor does have new employment which will fund the Chapter 13 Plan payment moving forward.

  ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

  ☐ Debtor(s) shall file and serve _____ on or before _____.

  ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

   If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

  ☑ Other: <u>In addition, except with respect to the increased payment, the previously entered ORDER CONFIRMING PLAN ON FINAL BASIS at Doc 83 is incorporated herein.</u>

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 21st day of November, 2022

Dated: November 21, 2022

Jeffery A. Deller
United States Bankruptcy Judge

Stipulated by:                              Stipulated by:

/s/ Kenneth P. Seitz, Esquire               /s/ James C. Warmbrodt, Esquire
Counsel to Debtor                           Counsel to Chapter 13 Trustee


Stipulated by:

_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Merlin L. Leadbetter, III  
Deanna L. Leadbetter  
    Debtors

Case No. 19-10784-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Nov 21, 2022      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Merlin L. Leadbetter, III, Deanna L. Leadbetter, 692 Burgoon Road, Summerville, PA 15864-2814 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 15109582 | + | THE SOS GROUP, 29065 CLEMENS RD STE 200, WESTLAKE, OH 44145-1179 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15098523 | | Email/Text: collectors@arresourcesinc.com | Nov 21 2022 23:58:00 | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 15194094 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 21 2022 23:58:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15098524 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 21 2022 23:57:13 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 15098525 | + | Email/Text: hmcgrp@aol.com | Nov 21 2022 23:58:00 | Hmc Group, 29065 Clements Rd, Westlake, OH 44145-1179 |
| 15098526 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 21 2022 23:57:28 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15098527 | + | Email/Text: Documentfiling@lciinc.com | Nov 21 2022 23:58:00 | Lending Club Corp, 595 Market Street, San Francisco, CA 94105-2802 |
| 15139970 | + | Email/Text: Documentfiling@lciinc.com | Nov 21 2022 23:58:00 | LendingClub Corporation, 595 Market St., Suite 200, San Francisco, CA 94105-2807 |
| 15098528 | + | Email/Text: MDSBankruptcies@meddatsys.com | Nov 21 2022 23:58:00 | Med Data Sys, 755 West Nasa Boulevard, Melbourne, FL 32901-1815 |
| 15098529 | + | Email/Text: MDSBankruptcies@meddatsys.com | Nov 21 2022 23:58:00 | Medical Data Systems I, 755 West Nasa Boulevard, Melbourne, FL 32901-1815 |
| 15131937 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2022 23:58:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15098530 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2022 23:58:00 | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15122531 | + | Email/PDF: cbp@onemainfinancial.com | Nov 21 2022 23:57:03 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15098531 | + | Email/PDF: cbp@onemainfinancial.com | Nov 21 2022 23:57:13 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15105631 | + | Email/Text: bncnotifications@pheaa.org | Nov 21 2022 23:58:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 15098532 | + | Email/Text: bncnotifications@pheaa.org | | |

Case 19-10784-JAD    Doc 96    Filed 11/23/22    Entered 11/24/22 00:27:28    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 21, 2022 | Form ID: pdf900 | Total Noticed: 21 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15371129 | ^ | MEBN | Nov 21 2022 23:58:00 | Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15221396 | ^ | MEBN | Nov 21 2022 23:50:46 | U.S. Bank Trust National Association as, Trustee of the Bungalow Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 15130471 | Email/PDF: ebn_ais@aisinfo.com | | Nov 21 2022 23:50:46 | U.S. Bank Trust National Association,, as Trustee of the Igloo Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| | | | Nov 21 2022 23:57:13 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | | US Bank Trust N.A. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Deanna L. Leadbetter thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Merlin L. Leadbetter III thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5