**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>  MERLIN L. LEADBETTER, III<br>  DEANNA L. LEADBETTER<br>         Debtor(s)<br><br>  Ronda J. Winnecour<br>         Movant<br>         vs.<br>  No Respondents. | Case No.:19-10784 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1.  The case was filed on 08/02/2019  and confirmed on 10/30/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 45,201.60 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 45,196.60 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 2,184.67 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,684.67 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE BUNGAL(<br>    Acct: 0592 | 0.00 | 16,131.99 | 0.00 | 16,131.99 |
|   US BANK TRUST NA - TRUSTEE BUNGAL(<br>    Acct: 0592 | 4,275.87 | 4,275.87 | 0.00 | 4,275.87 |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F (<br>    Acct: 8005 | 5,475.00 | 2,760.73 | 776.23 | 3,536.96 |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F (<br>    Acct: 1447 | 8,425.00 | 3,223.11 | 1,282.36 | 4,505.47 |
| | | | | 28,450.29 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MERLIN L. LEADBETTER, III<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MERLIN L. LEADBETTER, III<br>    Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
|   LAW OFFICES OF KENNETH P SEITZ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-10784 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0136 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0490 | | | | |
| THE SOS GROUP | 109.02 | 29.55 | 0.00 | 29.55 |
| Acct: 1173 | | | | |
| JPMORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0141 | | | | |
| LENDING CLUB CORP* | 2,620.98 | 904.96 | 0.00 | 904.96 |
| Acct: 7531 | | | | |
| MEDICAL DATA SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7610 | | | | |
| MEDICAL DATA SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1196 | | | | |
| MEDICAL DATA SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2975 | | | | |
| MEDICAL DATA SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7457 | | | | |
| ECMC(*) | 9,446.37 | 3,261.62 | 0.00 | 3,261.62 |
| Acct: 1173 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F C | 11,185.72 | 3,862.18 | 0.00 | 3,862.18 |
| Acct: 8005 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F C | 8,553.67 | 2,953.39 | 0.00 | 2,953.39 |
| Acct: 1447 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 184.21 | 49.94 | 0.00 | 49.94 |
| Acct: 0001 | | | | |
| SN SERVICING CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 11,061.64 |
| **TOTAL PAID TO CREDITORS** | | | | 39,511.93 |

TOTAL CLAIMED
PRIORITY              0.00
SECURED          18,175.87
UNSECURED        32.099.97

Date: 06/02/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com